UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN — SOUTHERN DIVISION

RANDY CLEARY,

Plaintiff,

-vs-	Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

Defendant.

## INDEX OF EXHIBITS

This Index……………………………………………………………………………. 1

S. Rep. No. 91-517, 91st Cong. (Nov. 5, 1969)…………………………………….. 2

S. 823, 91st Cong. (Nov. 5, 1969)……………………………………………………. 3

Hearing Before the Subcommittee on Financial Institutions
of the Senate Committee on Banking and Currency,
91st Cong. 48 (May 1969)…………………………………………………………… 4