UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,

-vs-                              Case No. 2:17-CV-14158-BAF-DRG
                                    Hon. Bernard A. Friedman
                                    Magistrate Judge: David R. Grand

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC

    Defendant.

## PLAINTIFF RANDY CLEARY'S WITNESS LIST

Plaintiff may call the following witnesses at trial.

1.     Randy Cleary

2.     Robin Lewis

3.     Karen Palm

4.     Curtis Reitz

5.     Barb Rauch

6.     Holly Ireland

7.     Representative of First Holding Management Co., LLC

8. Keeper of Records of First Holding Management Co., LLC

9. Representative of Brighton Sylvan Glen Estates

10. Keeper of Records of Brighton Sylvan Glen Estates

11. Representative of CoreLogic Rental Property Solutions, LLC

12. Keeper of Records of CoreLogic Rental Property Solutions, LLC

13. Representative of Michigan State Police

14. Keeper of Records of Michigan State Police

15. Rebuttal witnesses as necessary

16. Any other witness identified through discovery

        Respectfully Submitted,

        By:   s/ Priya Bali
        Priya Bali (P78337)
        LYNGKLIP & ASSOCIATES
        CONSUMER LAW CENTER, PLC
        Attorney for Randy Cleary
        24500 Northwestern Highway, Ste. 206
        Southfield, MI 48075
        PH: (248) 208-8864

Dated:  August 6, 2018        Priya@MichiganConsumerLaw.Com

## Certificate of Service

I certify that on August 6, 2018, I electronically filed the foregoing paper with the Clerk of the Court and served this document on all parties entitled to notice via the CM/ECF system.

Respectfully Submitted,

By:   s/ Priya Bali
Priya Bali (P78337)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney for Randy Cleary
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864

Dated:   August 6, 2018          Priya@MichiganConsumerLaw.Com