UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

Plaintiff,

-vs-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC

Defendant.

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

**PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

For the reasons set forth in the accompanying brief in support, the Plaintiff Randy Cleary moves to substitute attorney Sylvia S. Bolos for Priya Bali as counsel for Plaintiff.

Respectfully Submitted,

By: s/ Sylvia S. Bolos
Sylvia S. Bolos (P78715)
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Randy Cleary
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@MichiganConsumerLaw.Com

Dated: October 1, 2018

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

Plaintiff,

-vs-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC

Defendant.

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

**Argument**

Priya Bali has terminated employment with the law firm of Lyngklip & Associates. Since that date, attorney Sylvia S. Bolos has assumed responsibility for the file on behalf of Lyngklip & Associates. Accordingly, Randy Cleary requests that the Court substitute Sylvia S. Bolos as counsel of record for Priya Bali and terminate Priya Bali 's appearance.

Respectfully Submitted,

By: s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Randy Cleary

24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@MichiganConsumerLaw.Com

Dated: October 1, 2018

**Certificate of Service**

I certify that on October 1, 2018, I electronically filed the document above with the Clerk of the Court and served this document on all parties entitled to notice via the CM/ECF system.

Respectfully Submitted,

By: s/ Sylvia S. Bolos

Sylvia S. Bolos (P78715)
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Randy Cleary
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@MichiganConsumerLaw.Com

Dated: October 1, 2018