UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,

 -vs-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC

    Defendant.

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

For the reasons set forth in the accompanying brief in support, the Plaintiff Randy Cleary moves to substitute attorney Leslie A. Brueckner for Lucas Rhoads as counsel for Plaintiff.

Respectfully Submitted,

By:  s/ Leslie A. Brueckner
Leslie A. Brueckner (Cal. Bar 140968)
PUBLIC JUSTICE
Attorney for Randy Cleary
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8205
lbrueckner@publicjustice.net

Dated: October 5, 2018

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,

-vs-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC

    Defendant.

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

## **Argument**

Lucas Rhoads has terminated employment with the law firm of Public Justice. Since that date, attorney Leslie Brueckner has assumed responsibility for the file on behalf of Public Justice. Accordingly, Randy Cleary requests that the Court substitute Leslie A. Brueckner as counsel of record for Lucas Rhoads and terminate Lucas Rhoads' appearance.

                                    Respectfully Submitted,

                                    By:  s/ Leslie A. Brueckner
                                    Leslie A. Brueckner (Cal. Bar 140968)
                                    PUBLIC JUSTICE
                                    Attorney for Randy Cleary
                                    475 14th Street, Suite 610
                                    Oakland, CA 94612
                                    (510) 622-8205
                                    lbrueckner@publicjustice.net

Dated: October 5, 2018

## Certificate of Service

I certify that on October 2, 2018, I electronically filed the document above with the Clerk of the Court and served this document on all parties entitled to notice via the CM/ECF system.

         Respectfully Submitted,


         By:  s/ Leslie A. Brueckner
         Leslie A. Brueckner (140968)
         PUBLIC JUSTICE
         Attorney for Randy Cleary
         475 14th Street, Suite 610
         Oakland, CA 94611
         (510) 622-8205
         LBrueckner@publicjustice.net

Dated: October 2, 2018