UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,                                                      Civil Action No. 17-CV-14158

vs.                                                                  HON. BERNARD A. FRIEDMAN

CORELOGIC RENTAL
PROPERTY SOLUTIONS, LLC,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

        Plaintiff has filed a motion in this matter [docket entry 29] to substitute attorney Leslie A. Brueckner for attorney Lucas Rhoads. For cause shown, the motion is granted.

        SO ORDERED.

Dated:  October 11, 2018            s/Bernard A. Friedman
Detroit, Michigan                 BERNARD A. FRIEDMAN
                                       SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 11, 2018.

                                          s/Johnetta M. Curry-Williams
                                          Case Manager

Case 2:17-cv-14158-BAF-DRG   ECF No. 30   filed 10/11/18   PageID.281   Page 2 of 2