UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,

 -vs-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,

    Defendant.

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

## INDEX OF EXHIBITS

### Exhibits to this Motion

| | |
|---|---|
| This Index | Exhibit 1 |
| *Hawkins v CoreLogic* Deposition of Henkens | Exhibit 2 |
| Fraud Restoration | Exhibit 3 |
| CoreLogic Amended Response to Requests for Production | Exhibit 4 |
| Barnard Deposition Transcript | Exhibit 5 |
| CoreLogic Privilege Log | Exhibit 6 |
| Kayani Deposition Transcript | Exhibit 7 |
| *Taylor v CoreLogic* Motion to Compel | Exhibit 8 |

### Exhibits Already on Record in this Case

| | |
|---|---|
| Plaintiff's Requests for Production | R.33-2 |
| Motion Hearing Transcript for Motions to Compel | R.56 |
| Order Compelling Production | R.57 |
| iChat Record Search | R.64-2 |
| Wayne County Conviction Record 1 | R.64-3 |

Wayne County Conviction Record 2 ............................................................... R.64-4
Monroe County Conviction Record 1 .............................................................. R.64-5
Monroe County Conviction Record 2 .............................................................. R.64-6
OTIS Rules ........................................................................................................ R.64-7
OTIS Terms of Use ........................................................................................... R.64-8
OTIS Record Search ......................................................................................... R.64-9
DOC Deposition .............................................................................................. R.64-10
CoreLogic Amended Interrogatory Answers .................................................. R.64-11
Email re OTIS Records Dated 4/3/19 ............................................................. R.64-17
CoreLogic Supplemental Initial Disclosures .................................................. R.64-18
*Williams v CoreLogic* Privilege Log ............................................................ R.64-21
CoreLogic Transcript of 30(b)(6) Deposition ................................................... R.65-2
Confirmation Email Dated March 19, 2019 ..................................................... R.65-3
CoreLogic Report .............................................................................................. R.65-5
CoreLogic 30(b)(6) Deposition Transcript ....................................................... R.65-6

## **Exhibits on Record in Other Cases**

*Taylor v CoreLogic* Motion to Compel ........................... ED Va. No. 15-1405, R. 15
*Williams v CoreLogic* Privilege Log .............................. D. Md. No. 16-58, R.47-12
*Hawkins v CoreLogic* Henkens Deposition ................. SD NY No. 16-2438, R.59-4