UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RANDY CLEARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:17-CV-14158-BAF-DRG |
| CORELOGIC RENTAL PROPERTY ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER GRANTING STIPULATED REQUEST SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S DISCOVERY MOTIONS</u>**

Having considered the Stipulated Request Setting Briefing Schedule for Plaintiff's Discovery Motions submitted jointly by Plaintiff Randy Cleary ("Plaintiff") and Defendant CoreLogic Rental Property Solutions, LLC ("CoreLogic"), and good cause appearing, it is **HEREBY ORDERED** that:

1. Plaintiff and CoreLogic's Stipulated Request Setting Briefing Schedule for Plaintiff's Discovery Motions is **GRANTED**;

2. CoreLogic shall have until May 9, 2019 to file and serve its responses to the Discovery Motions;

3. The page limit for CoreLogic's single opposition brief in response to all four Discovery Motions shall be extended to 40 pages (*i.e.*, less than half of the

1

100 pages otherwise allowed for four separate opposition briefs), and the page limit for Plaintiff's single reply brief shall be extended to 12 pages (*i.e.*, less than half of the 28 pages otherwise allowed for four separate reply briefs);

4. Plaintiff shall have until May 29, 2019 to file and serve its reply in support of the Discovery Motions.

**SO ORDERED.**


DATED: 4/30/19          <u>s/David R. Grand</u>

                                       Hon. David R. Grand

                                       United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically furnished to counsel for Plaintiff via filing with the Court's CM/ECF system this 29th day of April 2019.

    /s/ John J. Atallah
John J. Atallah
California Bar No. 294116
Foley & Lardner LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90017
T: 213.972.4834
F: 213.486.0065
jatallah@foley.com