UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,

-vs-

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

    Defendant.

_____/

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

**ORDER REGARDING PLAINTIFF'S MOTIONS TO TEMPORARILY SEAL DOCUMENTS [ECF NOS. 62 & 71] AND DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLANTIFF'S MOTIONS TO SEAL [ECF NO. 79]**

By stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Permit Temporary Filing Under Seal [ECF No. 62] and Plaintiff's Motion to Permit Temporary Filing Under Seal [ECF No. 71] are **GRANTED**, and that Defendant's Notice of Non-Opposition to Plaintiff's Motions to File Under Seal (subject to specific qualifications) [ECF No. 79] is **WITHDRAWN**.

    **IT IS SO ORDERED.**

Dated: June 21, 2019

Ann Arbor, Michigan

s/David R. Grand

DAVID R. GRAND

United States Magistrate Judge

4841-6771-4971.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 21, 2019, the foregoing document was served upon counsel of record via the Court's ECF System to their respective email disclosed on the Notice of Electronic Filing.

/s/ Jeffrey S. Kopp
Jeffrey S. Kopp (P59485)

4841-6771-4971.1