UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,

-vs-

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,

    Defendant.

Case No. 2:17-CV-14158-BAF-DRG
Hon. Bernard A. Friedman
Magistrate Judge: David R. Grand

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff Randy Cleary and Defendant CoreLogic Rental Property Solutions, LLC, notify this Court that they have reached a settlement as to all matters raised by Randy Cleary against CoreLogic Rental Property Solutions, LLC in this action.

The Parties are finalizing the terms of the settlement and anticipate that they will file a Stipulation of Dismissal with Prejudice, without costs, attorney's fees or sanctions to any party within thirty days.

Stipulated to by:

s/ Sylvia S. Bolos (by consent)
Sylvia S. Bolos P78715
Ian B. Lyngklip P47173
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorneys for Randy Cleary
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
SylviaB@MichiganConsumerLaw.Com


s/ Jeffrey S. Kopp
Jeffrey S. Kopp P59485
FOLEY & LARDNER LLP
Attorneys for CoreLogic Rental
Property Solutions, LLC
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
PH: (313) 234-7100
jkopp@foley.com


Dated:  July 19, 2019