UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY CLEARY,

    Plaintiff,                          Civil Action No. 17-CV-14158

vs.                                        HON. BERNARD A. FRIEDMAN

CORELOGIC SAFERENT, INC. and
CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

    Defendants.
_____/

## **ORDER OF DISMISSAL**

On July 19, 2019, the parties in this matter informed the Court that they have reached a settlement agreement. Accordingly,

IT IS ORDERED that the complaint is dismissed without costs or attorney fees. The Court shall retain jurisdiction for a period of sixty days from the date of this order to enforce the parties' settlement agreement.

Dated: August 28, 2019            s/Bernard A. Friedman
        Detroit, Michigan          BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE